Nos. 738 and 851. VAN DUSEN, U. S. DISTRICT JUDGE, ET AL. *v.* BARRACK, ADMINISTRATRIX, ET AL. C. A. 3d Cir. Certiorari granted. The cases are consolidated and a total of two hours is allotted for oral argument. *Owen B. Rhoads, George J. Miller, J. Welles Henderson, Jr.* and *Sidney L. Wickenhaver* for petitioners in No. 738. *Solicitor General Cox, Acting Assistant Attorney General Douglas, J. William Doolittle* and *Morton Hollander* for Van Dusen, petitioner in No. 851. *Elwood S. Levy, Abraham E. Freedman, Milton M. Borowsky, John R. McConnell, T. E. Byrne, Jr., Lee S. Kreindler* and *Abram P. Piwosky* for respondents.

No. 844. BOIRE, REGIONAL DIRECTOR, TWELFTH REGION, NATIONAL LABOR RELATIONS BOARD, *v.* GREYHOUND CORPORATION. The motion of Amalgamated Association of Street, Electric Railway & Motor Coach Employes of America, AFL–CIO, for leave to file a brief, as *amicus curiae,* is granted. The petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit is also granted. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli, Norton J. Come, James C. Paras* and *Herman M. Levy* for petitioner. *Warren E. Hall, Jr.* for respondent. *I. J. Gromfine* and *Herman Sternstein* for Amalgamated Association of Street, Electric Railway & Motor Coach Employes of America, AFL–CIO, as *amicus curiae,* in support of the petition. *Alexander E. Wilson, Jr.* for Floors, Inc., as *amicus curiae,* in opposition.